# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWIN TRONCOSO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MCLANE/SUNEAST, INC., et al.,<br><br>　　　　Defendants. | Case No. 1:24-cv-00568-SAB<br><br>ORDER RE: STIPULATION TO CONTINUE DEFENDANT MCLANE/SUNEAST, INC. RESPONSIVE PLEADING DEADLINE<br><br>(ECF No. 5) |

On May 13, 2024, Defendant McLane/Suneast, Inc. removed this matter from Merced County Superior Court. (ECF No. 1.) On May 20, 2024, a stipulation was filed to continue the deadline for Defendant McLane/Suneast, Inc. to file a responsive pleading to allow Plaintiff Edwin Troncoso to file a motion to remand.

Accordingly, pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. Plaintiff shall file any motion to remand on or before **June 12, 2024;**

2. Upon Plaintiff's filing of a motion to remand, Defendant McLane/Suneast, LLC's deadline to serve and file any answer, motions, or other pleadings responsive to Plaintiff's Complaint shall be and hereby is further extended to **twenty-eight (28) days** after entry of the Court's order denying the motion to remand;

3. If no motion to remand is filed on or before June 12, 2024, then Defendant McLane/Suneast, LLC's deadline to serve and file any answer, motions, or other

1

pleadings responsive to Plaintiff's Complaint shall be and hereby is further extended to **June 26, 2024**; and

4. By entering into this stipulation, the parties do not waive and expressly reserve all claims, defenses, and challenges in this action, including, without limitation, as to Plaintiff's complaint and/or the claims asserted therein.

IT IS SO ORDERED.

Dated:   **May 21, 2024**

_____
UNITED STATES MAGISTRATE JUDGE