1

2

3

4

5

6

7                         **UNITED STATES DISTRICT COURT**

8                         **EASTERN DISTRICT OF CALIFORNIA**

9

10   EDWIN TRONCOSO,                          No.  1:24-cv-00568-KES-SAB

11                  Plaintiff,                ORDER ADOPTING FINDINGS AND
                                              RECOMMENDATIONS
12            v.
                                              Docs. 14, 19, 21
13   MCLANE/SUNEAST, INC., et al

14                  Defendants.

15

16          On May 13, 2024, Defendant McLane/Suneast, Inc. ("McLane") filed a notice of removal

17   asserting that diversity jurisdiction exists because Plaintiff Edwin Troncoso, Defendant McLane,

18   and Defendant Vicky Doe have complete diversity of citizenship; Defendant Jose Alvarado is a

19   fraudulently joined defendant and his citizenship should therefore be disregarded for removal

20   purposes; and the amount in controversy exceeds $75,000.  Doc. 1 at ¶ 11.  On June 12, 2024,

21   Plaintiff filed a motion to remand this action to Merced County Superior Court pursuant to 28

22   U.S.C. § 1447.  Doc. 14.  The motion was referred to the assigned United States magistrate judge

23   pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.  Doc. 15.

24          On August 27, 2024, the magistrate judge filed findings and recommendations

25   recommending that Plaintiff's motion to remand be granted.  Doc. 19.  The magistrate judge

26   found the amount in controversy exceeds $75,000.  *Id.* at 3–11.  However, the magistrate judge

27   also found that McLane had failed to establish that Defendant Alvarado was fraudulently joined.

28   The magistrate judge found a non-fanciful possibility that Plaintiff could state an intentional

                                                 1

1    infliction of emotional distress ("IIED") claim after amendment against Defendant Alvarado,

2    relying in part on plaintiff's proffer at the hearing of additional allegations that could state an

3    IIED claim upon amendment to the complaint.  *Id.* at 11–18.  Accordingly, the magistrate judge

4    found that Alvarado's citizenship must be considered, and because Plaintiff and Alvarado are

5    both citizens of California, found the Court lacked jurisdiction under 28 U.S.C. § 1332.  *Id.* at 18.

6         The findings and recommendations were served on the parties and contained notice that

7    any objections were to be filed within fourteen (14) days from the date of service.  On September

8    10, 2024, Defendant McLane timely filed objections.  Doc. 21.

9         Defendant objects to the finding that Plaintiff's additional proffered allegations could

10   potentially state an IIED claim against Defendant Alvarado.  Doc. 21 at 6–11.  Defendant argues

11   that the alleged conduct could not be the basis for an IIED claim because it was not sufficiently

12   outrageous and did not exceed the range of typical managerial actions.  Doc. 21 at 6–11.

13   However, Plaintiff proffered additional allegations of retaliatory conduct by Alvarado beyond

14   standard management activity, including that Alvarado deceptively misled Plaintiff and violated

15   Plaintiff's right to bid on other jobs in retaliation for Plaintiff's reports of sexual harassment.  As

16   found in the findings and recommendations, given such additional proffered allegations there is a

17   non-fanciful possibility that Plaintiff may state an IIED claim against Alvarado in an amended

18   complaint.  *See, e.g.*, *Dagley v. Target Corp., Inc.*, No. CV 09-1330-VBF (AGRx), 2009 WL

19   910558 (C.D. Cal. Mar. 31, at *3 (reasoning that "if a plaintiff alleges conduct other than that

20   inherent in terminating an employee, such as violating a fundamental interest of the employee...in

21   a deceptive manner that results in the plaintiff being denied rights granted to other employees,

22   then a claim for intentional infliction of emotional distress is possible against a supervisor");

23   *Barsell v. Urb. Outfitters, Inc.*, No. CV0902604MMMRZX, 2009 WL 1916495 (C.D. Cal. July 1,

24   2009), at *6–7.

25        In accordance with 28 U.S.C. § 636(b)(1), the Court has conducted a de novo review of

26   this case.  Having carefully reviewed the file, the Court concludes that the findings and

27   recommendations are supported by the record and proper analysis.

28   ///

2

1      Accordingly, IT IS HEREBY ORDERED:

2      1.     The findings and recommendations issued August 27, 2024, Doc. 19, are

3           ADOPTED IN FULL;

4      2.     Plaintiff's motion to remand this case to Merced County Superior Court, Doc. 14,

5           is GRANTED;

6      3.     This action is REMANDED to Merced County Superior Court; and

7      4.     The Clerk of Court is directed to close this case and to serve a copy of this Order

8           on the clerk of the Merced County Superior Court.

11  IT IS SO ORDERED.

12    Dated:   December 29, 2024

                                  UNITED STATES DISTRICT JUDGE

3